*269 WINSOR, J.,
concurring in part/dissenting in part.
The JCC directed the employer to pay attorney’s fees of $1,500 total, $750 each to two particular attorneys. The majority concludes that one of the two attorneys was not entitled to any fee. That may well be, but that is not a basis to reverse. It is the claimant who appealed here, and the employer has disclaimed any objection to paying the fees as directed.
The fact that one attorney deserved nothing does not necessarily mean the other attorney was entitled to more than the $750 awarded. It was the appellant’s burden to show that he was aggrieved by the JCC’s decision, and he has not met that burden. The appellant does not suffer when his employer overpays one of his attorneys, and he has not shown that his employer underpaid the other.
I agree with the majority that the appellant’s additional claims lack merit. I would affirm in all respects.